UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **M.Q.,**<br><br>                              **Petitioner,**<br><br>-against-<br><br>**KENNETH GENALO,** *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, ET AL.,<br><br>                              **Respondents.** | 22-CV-10680 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Respondents' letter at ECF No. 33 indicating that Petitioner's deportation has been rescheduled to a date after January 30, 2023, Petitioner's Emergency Motion for a Temporary Restraining order at ECF No. 29 is **TERMINATED AS MOOT**.

The hearing on Petitioner's Motion for Preliminary Injunction will be held as scheduled on **January 24, 2023**.

**SO ORDERED.**

**Dated:  January 17, 2023**
           New York, New York

                                                                ANDREW L. CARTER, JR.
                                                                United States District Judge