UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.Q.,<br><br>                              Petitioner,<br><br>-against-<br><br>KENNETH GENALO, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, ET AL.,<br><br>                              Respondents. | 22-CV-10680 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's letter at ECF No. 37 asking about the teleconference line. Petitioner and all members of the public are able to access the court proceedings by dialing **1-888-363-4749** (access code: **3768660**) on **Tuesday, January 24 at 2:00 p.m.**

**SO ORDERED.**

Dated:  January 20, 2023
         New York, New York

                                                                  ANDREW L. CARTER, JR.
                                                                  United States District Judge