UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.Q.,<br><br>                              Petitioner,<br><br>-against-<br><br>**KENNETH GENALO,** *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, ET AL.,<br><br>                             Respondents. | 22-CV-10680 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      As stated on the record at the January 24, 2023 oral argument, the Court shall hold an additional telephonic hearing on **Friday, January 27 at 10:30 a.m**. The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**).

SO ORDERED.

Dated:  January 25, 2023
         New York, New York

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge