UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**M.Q.,**

                      **Petitioner,**

-against-

**KENNETH GENALO,** *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, ET AL.,

                      **Respondents.**

22-CV-10680 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      As stated on the record at the January 24, 2023 hearing, Petitioner's Motions to Seal at ECF Nos. 13 and 25 are **GRANTED**. Petitioner is directed to file redacted versions of the documents filed under seal. Additionally, the Court **GRANTED** the Motion to File an Amicus Brief at ECF No. 16.

      As stated on the record at the January 27, 2023 hearing, Petitioner's Motion for Preliminary Injunction is **GRANTED IN PART**. Petitioner's removal is **STAYED** pending full adjudication of her motion to reopen and motion for reconsideration before the Board of Immigration Appeals ("BIA"). This stay will remain in place for 30 days following final decision on Petitioner's motion to reopen and motion for reconsideration by the BIA. The additional 30 days will enable Petitioner to seek review from the Second Circuit and to seek any further stay of removal directly from the Second Circuit.

      The Clerk of Court is respectfully requested to terminate the pending motions at ECF Nos. 7, 13, 16 and 25.

**SO ORDERED.**

**Dated: January 31, 2023**
       **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**