UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.Q.,<br><br>         **Petitioner**,<br><br>-against-<br><br>**KENNETH GENALO,** *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, ET AL.,<br><br>         **Respondents.** | 22-CV-10680 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the parties' joint status report at ECF No. 43. Petitioner is **GRANTED** leave to file an amended petition by **February 7, 2023**. The Court sets the following briefing schedule for Petitioner's forthcoming motion for preliminary injunction:

- Petitioner's motion for preliminary injunction is due by **February 10, 2023**.
- The Government's opposition is due by **February 21, 2023.**
- Petitioner's reply is due by **February 28, 2023.**

A scheduling order for a hearing on the motion shall issue separately.

  The Court also **GRANTS** leave for the Government to file a motion to dismiss and sets the following briefing schedule:

- The Government's motion to dismiss is due by **February 28, 2023**.
- Petitioner's opposition is due by **March 21, 2023**.
- The Government's reply is due by **March 31, 2023**.

**SO ORDERED.**

Dated: February 7, 2023
      New York, New York

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**