UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.Q.,<br><br>                              **Petitioner,**<br><br>-against-<br><br>**KENNETH GENALO,** *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, ET AL.,<br><br>                              **Respondents.** | **22-CV-10680 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' briefing regarding Petitioner's motion for preliminary injunction and release pursuant to *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001). In her reply, Petitioner indicates that the Board of Immigration Appeal granted her motion to reopen her immigration proceedings and vacated her final order of removal. (ECF No. 59 at 1.) Respondents are directed to file a letter by **March 6, 2023** addressing this development and whether it changes the analysis for release under *Mapp*.

**Dated:  March 2, 2023**
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**