UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.Q.,<br><br>                              Petitioner,<br><br>-against-<br><br>KENNETH GENALO, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, ET AL.,<br><br>                              Respondents. | 22-CV-10680 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Petitioner's letter at ECF No. 63 indicating that M.Q. has been released from ICE custody. Defendants are directed to file a letter indicating whether they consent to the relief requested by Petitioner in her letter by **March 21, 2023**.

**SO ORDERED.**

Dated:  March 17, 2023
       New York, New York

                                                                    ANDREW L. CARTER, JR.
                                                                    United States District Judge