**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**M.Q.,**

                    **Petitioner,**

        **-against-**

**KENNETH GENALO,** *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement,* **ET AL.,**

                  **Respondents.**

**22-CV-10680 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letters at ECF Nos. 63 and 65. In light of Petitioner's release from ICE custody, Petitioner's motion for preliminary injunction at ECF No. 47 is **DENIED AS MOOT.** The motion to seal at ECF No. 53 is **GRANTED.** The briefing schedule for Defendants' motion to dismiss will be held in abeyance. The parties are directed to meet and confer and shall provide the court with a joint status report addressing the next steps in this action by **April 13, 2023.**

**SO ORDERED.**

**Dated: March 23, 2023**
      **New York, New York**

_____

        **ANDREW L. CARTER, JR.**
        **United States District Judge**