UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.Q.,<br><br>                              Petitioner,<br><br>-against-<br><br>KENNETH GENALO, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, ET AL.,<br><br>                              Respondents. | 22-CV-10680 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report at ECF No. 67. Plaintiff-Petitioner is **GRANTED** leave to file a motion to file a second amended complaint by **May 11, 2023**. In light of Plaintiff-Petitioner's intent to amend her claims, Defendants' motion to dismiss at ECF No. 57 is **DENIED** without prejudice to renewal.

SO ORDERED.

Dated:  April 20, 2023
         New York, New York

ANDREW L. CARTER, JR.
United States District Judge