**IMMIGRANT RIGHTS CLINIC**
**WASHINGTON SQUARE LEGAL SERVICES, INC.**
**NEW YORK UNIVERSITY SCHOOL OF LAW**
245 SULLIVAN STREET, 5TH FLOOR
NEW YORK, NEW YORK 10012
TEL: 212-998-6430
FAX: 212-995-4031

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __06/30/2023__

**MEMO ENDORSED**

ALINA DAS
JESSICA ROFÉ
NANCY MORAWETZ
*Supervising Attorneys*

June 29, 2023

The Honorable Judge Katharine H. Parker
United States Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Monday, July 24, 2023 at 11:15 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, October 4, 2023 at 2:45 p.m.
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 06/30/2023

Re: *M.Q. v. Genalo et al.*, No. 1:22-cv-10680-ALC-KHP

Dear Honorable Judge Parker:

Counsel for Plaintiff M.Q. ("Plaintiff" or "Ms. Q") respectfully submits this letter to request a two-month adjournment of the initial conference set for July 24, 2023 (ECF 81) in this case and all pretrial deadlines due to a family medical emergency. Undersigned counsel is the sole representative for Plaintiff in this action and is actively seeking additional counsel to join her in this action due to the unexpected hospitalization of a member of undersigned counsel's immediate family with a life-threatening condition. This is Plaintiff's first extension request. Counsel for Defendant consents to this request.

Respectfully submitted,

/s/ Alina Das
_____
Alina Das, Esq.
Immigrant Rights Clinic
Washington Square Legal Services, Inc.
NYU School of Law
245 Sullivan Street, 5th Floor
New York, New York 10012
(347) 693-6485
alina.das@nyu.edu

cc: Counsel for Defendant