USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
M.Q.,

                             Petitioner,                        22-CV-10680 (ALC) (KHP)

        -against-                          **SCHEDULING ORDER**

KENNETH GENALO, et al.,

                             Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference previously scheduled on **Wednesday, October 4, 2023 at 2:45 p.m.** is rescheduled to **2:00 p.m. on the same day**. The Conference will be held at 2:00 p.m. on October 4, 2023 in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York, NY.

      **SO ORDERED.**

DATED:    New York, New York
                August 30, 2023

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge