UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023

M.Q.,

      *Plaintiff*,

v.

UNITED STATES OF AMERICA,

      *Defendant.*

Case No. 1:22-cv-10680-ALC-KHP

### ORDER GRANTING STAY OF DISCOVERY

Upon review of Plaintiff's Request for a Stay of Discovery, IT IS HEREBY ORDERED that:

1. Discovery in the above-captioned matter is stayed until April 15, 2024.
2. The case management conference scheduled for January 11, 2024 is hereby adjourned pending further action of this Court.
3. The Scheduling Order, ECF No. 98, along with all corresponding deadlines, is hereby vacated.
4. The parties will meet and confer and submit a joint status update to the Court by April 29, 2024.

SO ORDERED.

Dated: November 30, 2023

_____
Katharine H. Parker, United States Magistrate Judge