UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

M.Q.,

                            **Plaintiff,**        1: 22-cv-10680 (ALC) (KHP)

      -against-                         **ORDER**

**UNITED STATES OF AMERICA,**

                            **Defendant.**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The oral argument previously scheduled for November 13, 2024 at 2:00 P.M. is **ADJOURNED** to **November 25, 2024 at 3:30 P.M**. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 1306 on the date and time specified above.

**SO ORDERED.**

Dated:  November 6, 2024

    New York, New York                        **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**