UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

M.Q.,

                        Plaintiff,    :   1: 22-cv-10680 (ALC) (KHP)

   -against-    :   <u>ORDER</u>

UNITED STATES OF AMERICA,

                      Defendant.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties in this matter are scheduled to appear before the Court for an oral argument on **November 25, 2024 at 3:30 P.M**. The presentation order will be as follows: defendant's opening arguments (10); plaintiff's opening arguments (10); defendant's rebuttal (4); plaintiff's rebuttal (4). The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 1306 on the date and time specified above.

**SO ORDERED.**

**Dated:  November 8, 2024**

    New York, New York                                    **ANDREW L. CARTER, JR.**
                                                                                 **United States District Judge**