```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
M.Q.,

                              Petitioner,

          -against-

KENNETH GENALO, et al.,

                              Respondent.
-----------------------------------------------------------------X

22-CV-10680 (ALC) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the Case Management Conference on November 25, 2024, the parties shall file a joint status letter by **December 16, 2024,** updating the Court on the status of discovery, including the result of Respondent's additional document searches and when responsive documents will be produced, as well as a tentative deposition schedule. If the parties believe a settlement conference would be productive, they may request one in the December 16 status letter.

**SO ORDERED.**

DATED:    New York, New York
               November 25, 2024

                                                                  *Katharine H. Parker*
                                                                  _____
                                                                  KATHARINE H. PARKER
                                                                 United States Magistrate Judge