UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
M.Q.,

                                               Plaintiff,

                            1:22-cv-10680 (ALC) (KHP)

            -against-

                            **ORDER**

UNITED STATES OF AMERICA,

                                      Defendant.
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties should submit a joint status report by December 18, 2024 providing details regarding settlement discussions.

**SO ORDERED.**

Dated:   November 25, 2024
              New York, New York

                                               **ANDREW L. CARTER, JR.**
                                             **United States District Judge**