```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
M.Q.,

                              Petitioner,

        -against-

KENNETH GENALO, et al.,

                              Respondent.
-----------------------------------------------------------------X

22-CV-10680 (ALC) (KHP)

**DISCOVERY ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' status letter at ECF No. 150. While the Court has no objection to Plaintiff's deposition taking place later in discovery, it must be taken by the discovery deadline regardless of the status of the motion to dismiss. To the extent the parties require more time for fact discovery, they have already been instructed to file a letter with the Court by **January 16, 2025** to request an extension of the discovery deadline, if necessary.

**SO ORDERED.**

DATED:    New York, New York
             January 6, 2025

                                                      _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge